eral of Washington, and *Lyle L. Iversen,* Assistant Attorney General, for appellee.

No. 363. LYNCHBURG TRAFFIC BUREAU *v.* UNITED STATES ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *W. G. Burnette* for appellant. *Solicitor General Perlman* and *J. Stanley Payne* for the United States and the Interstate Commerce Commission, appellees.

No. 332. DYE, WARDEN, *v.* JOHNSON.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Ex parte Hawk,* 321 U. S. 114. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *T. McKeen Chidsey,* Attorney General of Pennsylvania, *H. J. Woodward, Raymond D. Evans,* Deputy Attorneys General, and *William S. Rahauser* for petitioner. *Eugene Cook,* Attorney General, and *M. H. Blackshear, Jr.,* Assistant Attorney General, filed a brief for the State of Georgia, as *amicus curiae,* supporting the petition.